# EXHIBIT 1

## CERTIFICATION

I, Gino Benedetti, on behalf of Southeastern Pennsylvania Transportation Authority ("SEPTA"), as General Counsel of SEPTA, hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of SEPTA. The securities subject to this litigation are or were held in title of and owned by SEPTA.

2. I have reviewed a class action complaint filed against Pluralsight, Inc. ("Pluralsight") and others alleging violations of the federal securities laws.

3. SEPTA did not purchase or sell securities of Pluralsight at the direction of counsel in order to participate in any private action under the federal securities laws.

4. SEPTA is willing to serve as lead plaintiff on behalf of the Class in this matter, including providing testimony at deposition and trial, if necessary. SEPTA fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the benefit of the Class.

5. SEPTA's transactions in Pluralsight securities during the Class Period are reflected in Schedule A, attached hereto.

6. SEPTA has sought to serve as lead plaintiff in a class action under the federal securities laws during the last three years, and its motion is pending, in the following:

- *Allegheny County Employees' Retirement System v. Karyopharm Therapeutics Inc.*, 1:19-cv-11597 (D. Mass.)

7. SEPTA has sought to serve as lead plaintiff in a class action under the federal securities laws during the last three years, and was appointed, in the following:

- *Deora v. NantHealth, Inc.*, 2:17-cv-01825 (C.D. Cal.)

8. SEPTA has sought to serve as lead plaintiff in a class action under the federal securities laws during the last three years, but was not appointed, in the following:

- *Nikolov v. Livent Corporation*, 2:19-cv-02218 (E.D. Pa.)
- *In re Chicago Bridge & Iron Company N.V. Securities Litigation*, 1:17-cv-01580 (S.D.N.Y.)
- *Schwartz v. Opus Bank*, 2:16-cv-07991 (C.D. Cal.)
- *In re Polaris Industries, Inc. Securities Litigation*, 0:16-cv-3108 (D. Minn.)

9. Beyond its *pro rata* share of any recovery, SEPTA will not accept payment for serving as lead plaintiff on behalf of the class, except the reimbursement of such reasonable costs and expenses including lost wages as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 15th day of October 2019.

_____
Gino Benedetti
General Counsel
*Southeastern Pennsylvania Transportation Authority*

**SCHEDULE A**
TRANSACTIONS IN
PLURALSIGHT, INC.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 03/07/2019 | 4,260.00 | 29.25 | ($124,605.00) |
| Purchase | 06/13/2019 | 2,150.00 | 29.62 | ($63,686.44) |
| Purchase | 06/27/2019 | 2,500.00 | 29.65 | ($74,123.75) |